543 U.S. 950
 CAZARES-ALVARADO
v.
UNITED STATES;
TABAREZ-RAMIREZ, AKA RODRIGUEZ
v.
UNITED STATES;
ZARCO FLORES
v.
UNITED STATES;
CONTRERAS
v.
UNITED STATES;
VIDAL
v.
UNITED STATES;
GARZA
v.
UNITED STATES;
DIAZ
v.
UNITED STATES;
MANCILLA REAL
v.
UNITED STATES; and
DAMON COURVILLE
v.
UNITED STATES.
 No. 04-6370.
 Supreme Court of United States.
 October 18, 2004.
 
 1
 C. A. 5th Cir. Certiorari denied. Reported below: 101 Fed. Appx. 468 (second judgment), 552 (fifth judgment), and 971 (first judgment); 102 Fed. Appx. 400 (third judgment); 106 Fed. Appx. 918 (sixth judgment); 108 Fed. Appx. 875 (eighth judgment), 876 (ninth judgment), and 877 (fourth judgment).